IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DAVID HIRSCH, | ) | |
| | ) | |
| Petitioner, | ) | No.   C04-3059-MWB |
| | ) |        CR01-3024-MWB |
| vs. | ) | |
| | ) | JUDGMENT |
| UNITED STATES OF AMERICA, | ) | IN A CIVIL CASE |
| | ) | |
| Respondent. | ) | |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED THAT

Petitioner's request for relief pursuant to 28 U.S.C. Section 2255 is denied and this matter is dismissed in its entirety. Accordingly, a certificate of appealability will not issue.

Dated: July 11, 2007                     PRIDGEN J. WATKINS
                                         Clerk

                                         /s/  des
                                         (By) Deputy Clerk

A copy of this document has been mailed/faxed to all counsel of record, pro se parties and others listed and not shown as having been served electronically under the cm/ecf system:

by: /s/  des   7/11/07